[No. 50110-1-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. D.U.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02984-5, LeRoy McCullough, J., entered March 11, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50159-3-I.   Division One.   March 31, 2003.]

BARDY NGUYEN, *Appellant*, v. GOOD CHEVROLET, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-23833-9, Carol A. Shapira, J., entered March 1, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 50172-1-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WILLIAM WENTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01567-9, LeRoy McCullough, J., entered March 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50183-6-I.   Division One.   March 31, 2003.]

*In the Matter of the Marriage of* D.K.R., *Appellant*, and V.R.R., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-08544-7, Richard McDermott, J., entered February 12, 2002. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.